THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-mj-_1325_-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| AZUCENA SALINAS NAVA ) | |
| Defendant. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

## COUNT ONE: SIMPLE ASSAULT

On or about August 5, 2025, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, AZUCENA SALINAS NAVA, did assault the person of another, to wit, did grab the left wrist of C.V.S. and pull C.V.S. towards her during an argument, in violation of Title 18, United States Code, Section 113(a)(5).

Respectfully submitted, this 14 day of November 2025.

W. ELLIS BOYLE
United States Attorney

BY: _____
VERONICA CATHERINE VAN TOL
Special Assistant United States Attorney
Criminal Division

FILED
NOV 14 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK